

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00516-CR

Zavion Hall
v.
The State of Texas

On Appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 13CR460-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be affirmed as modified by

this Court.  The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

June 19, 2014